ESSEX GREEN SHOPPING PLAZA ASSOCIATES, PLAIN-
TIFF-RESPONDENT, v. POPULAR MERCHANDISE CO.,
INC., DEFENDANT-PETITIONER.

*Messrs. Van Riper & Belmont,* for the petitioner.

*Messrs. Lasser, Lasser, Sarokin & Hochman,* and *Mr.
Barry H. Evenchick,* for the respondent.

September 20, 1966. Denied.

HARRY J. HAAG, PLAINTIFF-RESPONDENT, v. POINT
PLEASANT HOSPITAL, *ET AL.,* DEFENDANTS-PETI-
TIONERS.

*Messrs. Gaffey & Webb* and *Mr. Edmund Kiely,* for the
petitioners.

*Mr. David B. Geltzeiler* and *Mr. Frank Fink,* for the re-
spondent.

September 20, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EMANUEL MONTALBANO, *ET AL.,* DEFENDANTS-PETI-
TIONERS.

*Mr. Thomas E. Durkin, Jr.* and *Mr. William J. Gearty,*
for the petitioners.

*Mr. Brendan T. Byrne* and *Mr. George A. Franconero,*
for the respondent.

September 20, 1966. Denied.